[No. 74869-6-I.   Division One.   May 22, 2017.]

ALPINE VILLAGE, INC, *Appellant*, v. THE CITY OF OAK HARBOR ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Island County, No. 14-2-00372-7, Alan R. Hancock, J., entered February 8, 2016. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Trickey, A.C.J. and Leach, J.

[No. 75141-7-I.   Division One.   May 22, 2017.]

CHRISTINE A. TOLMAN, *Appellant*, v. KEITH S. JOHNSON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 12-2-01461-5, Brian L. Stiles, J., entered March 30, 2016. *Reversed* and *remanded* by unpublished opinion per Becker, J., concurred in by Cox and Leach, JJ.

[No. 75228-6-I.   Division One.   May 22, 2017.]

JOHN DOE, *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-12121-9, Richard McDermott, J., entered May 16, 2016. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Appelwick and Leach, JJ.

[No. 75296-1-I.   Division One.   May 22, 2017.]

*In the Matter of the Personal Restraint of* SERGIO GONZALES GUZMAN, *Petitioner*.

Petition for relief from personal restraint. *Remanded with instructions* by unpublished opinion per Leach, J., concurred in by Appelwick and Spearman, JJ.